USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUE ROMERO, on behalf of himself and all others similarly situated,

              Plaintiff,

-against-

KLN ENTERPRISES, INC.,

              Defendant.

1:20-cv-09079-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter from the parties informing the Court that the parties have reached a settlement in principle [ECF No. 17]. Accordingly, IT IS HEREBY ORDERED that the status conference scheduled for March 23, 2021, at 10:30 AM is cancelled. IT IS FURTHER ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if a settlement agreement has not been executed if the application to restore the action is made by **April 14, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: March 15, 2021**
**New York, NY**

MARY KAY VYSKOCIL
United States District Judge